**Electronically Filed
Supreme Court
SCPW-13-0000080
01-APR-2013
10:42 AM**

SCPW-13-0000080

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL C. TIERNEY, Petitioner,

vs.

NOLAN ESPINDA, Warden of Halawa Correctional Facility;
KEONE MORREIRA, Case Manager of Module 3 at Halawa, Respondents.

---

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Michael C. Tierney's motion for reconsideration of the March 14, 2013 order denying his petition for a writ of mandamus, which was electronically filed by the appellate clerk on March 22, 2013,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, April 1, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

